**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-6479
_____

ELIJAH SHANE CLARY,

Plaintiff – Appellant,

v.

DARLENE WHITE; SHEILA MOORE; MS. HARRIS; DR. ATEIAT PHILIPS;
SERGEANT DEBORAH HAMM; MR. PHILIPS; MS. WHALEY; MR. FIELDS;
MR. BODY,

Defendants – Appellees,

and

SERGEANT HARPER; ROBERT C. LEWIS; CYNTHIA MUNDY; UNKNOWN
CUSTODY OFFICER,

Defendants.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Dever, III, Chief
District Judge.  (5:12-ct-03204-D)

_____

Submitted:  July 23, 2015          Decided:  July 27, 2015

_____

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Elijah Shane Clary, Appellant Pro Se. Kimberly D. Grande, NORTH
CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina; Kelly

Street Brown, Elizabeth Pharr McCullough, YOUNG MOORE & HENDERSON, PA, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elijah Shane Clary seeks to appeal the district court's order granting summary judgment in part in his 42 U.S.C. § 1983 (2012) action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Clary seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED